Exhibit #1

## THERAPIST EMPLOYMENT AGREEMENT

THIS EMPLOYMENT AGREEMENT (the "Agreement") is entered into and effective this 31st day of December, 2018, by LAMPERT'S HOME THERAPY, INC., a Florida corporation ("Company"), having its principal place of business at 8254 118th Ave N, Suite 100, Largo, Florida and **ASHLEY ENGELBERT, DPT** ("Employee") having its principal place of residence at 10668 118th Street Seminole, Florida,33778-3623.

### BACKGROUND:

WHEREAS, Company is a corporation organized under the laws of the State of Florida specializing in physical therapy, occupational therapy, speech therapy, therapeutic massage, behavior analysis, and rehabilitative services;

WHEREAS, Employee is a ___Physical Therapist___ licensed and certified under the laws of the State of Florida; and

WHEREAS, Company and Employee desire to associate and desire to formalize their association by entering into this Employment Agreement.

NOW, THEREFORE, in consideration of the covenants and agreements contained herein and the monies to be paid hereunder, Company agrees to hire Employee, and Employee agrees to work for Company upon the following terms and conditions:

1. Recitations. The above recitations are true and correct and incorporated herein by reference.

2. Termination of Prior Agreement. The parties hereby terminate and cancel any prior agreements with each other, whether written or oral.

3. Duties of Employee. Employee is retained by Company to provide ___physical therapy___ and rehabilitative services to patients of Company ("Services"). Employee agrees that it will use best efforts to work harmoniously with other professional employees and staff of the Company. Employee agrees to submit to a drug screen and criminal background check upon request by Company. At all times during the term of this Agreement, Employee shall be duly licensed and/or certified to provide the Services under the laws of the State of Florida, and Employee will immediately notify Company of any action that may affect Employee's licensure. Employee agrees to follow all policies and procedures as established by Company.

4. Hours of Work. Hours of work and place of work will be determined by representatives of Company. Full Time Employment means Employee reports a minimum of 30 billable hours per week. Part Time Employment means Employee reports less than 30 billable hours per week. Employees shall NOT exceed 40 hours per week without the express, prior approval of Nancy Freeman.

5. Therapists are paid their hourly rate when they provide face to face, individualized Therapy services to assigned clients (billable hours) AND complete a daily treatment note. Therapist will not be paid for cancelled sessions. Therapists are to follow the Therapy Plan of Care as written by a licensed therapist. The Therapist will not be paid for any hours they report that goes over the assigned and approved hours for each client.

6. Electronic verification logs signed by the parent/caregiver are required for each session unless otherwise approved by Nancy Freeman (clients treated in Company's Clinics, TKC, and DLC do not apply to this rule).

Feb 2018

7. A daily treatment note must be completed on Company's EMR system for each session completed. Daily treatment notes are due no later than 2 days after the date of service. Therapist will not be paid for late notes unless approved by representative of Company.

8. Full Time Therapists are eligible to participate in the company's group health care plan on the first of the month following 60 days of employment.

⎯⎯✓⎯⎯Employee elects to participate with Company's Health Insurance Plan

⎯⎯⎯⎯⎯Employee elects NOT to participate with Company's Health Insurance Plan

9. Rate of pay. Employee will be paid on an hourly basis for completed sessions and

accompanying documentation at the rate of: $35.00 per hour.

The undersigned authorized agents or officers of the parties hereto have set forth their hands and seals the day and year first above written.

LAMPERT'S HOME THERAPY, INC.,
a Florida corporation,

By: _Edward Lampert_

Company representative

EMPLOYEE: _Ashley Ast_ PT, D.P.T.

WITNESS: _Amy fue_

Feb 2018