Exhibit #2

Thu, Sep 30,

8:53  LTE

Inbox

# Human Resources

To: Ashley Engelbert

6/28/21

# Pay Stub

Lampert's Therapy Group  8254 118th Ave North  Largo FL 33773  727-541-5304

Engelbert,Ashley  Check# 2905  06/30/21  Period: 06/14/21-06/27/21

| #1390 | Qty | Rate | Period | YTD | | Period | YTD |
|---|---|---|---|---|---|---|---|
| | | | | | Fed - Single  1 | 716.18 | 7766.62 |
| Evaluation | | | 250.00 | 2000.00 | Social Sec. | 272.39 | 3115.95 |
| | | | | | Medicare | 63.70 | 728.73 |
| Regular | 100.25 | 42.00 | 4210.50 | 49129.50 | SIMPLE IRA  133.82 | 133.82 | 1533.92 |
| | | | | | Medical Ins | 11.25 | 146.25 |
| | | | | | DENTAL INS | 14.11 | 183.43 |
| | | | | | VISION INS | 3.25 | 42.25 |
| | | | | | HSA-CONTRIBU | 38.46 | 499.98 |
| | | | | | ShirtOrder | 0.00 | 104.86 |
| Gross Pay | | | 4460.50 | 51129.50 | Net Pay | 3207.34 | 37007.51 |

Hours Available/YTD Used: